IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| STATE OF VERMONT,<br><br>              Plaintiff,<br><br>  v.<br><br>3M COMPANY; E. I. DU PONT DE NEMOURS<br>AND COMPANY; THE CHEMOURS COMPANY;<br>THE CHEMOURS COMPANY FC, LLC; CORTEVA,<br>INC.; and DUPONT DE NEMOURS, INC.,<br><br>              Defendants. | Case No. 2:25-cv-00660<br><br>JURY TRIAL DEMANDED |

**DEFENDANT 3M COMPANY'S
<u>MOTION TO FILE PORTIONS OF NOTICE OF REMOVAL UNDER SEAL</u>**

Defendant 3M Company ("3M"), by and through its attorneys, hereby asks the Court for permission to file portions of its Notice of Removal (filed simultaneously with this motion) under seal. Portions of the Notice of Removal refer to contents of deposition transcripts that are designated "Highly Confidential" under the Confidentiality Order in this case, and 3M therefore seeks to redact those portions of the Notice of Removal. As of the time of filing, the parties have not yet conferred on this motion to seal; 3M will ascertain the State of Vermont's position as soon as is practicable.

The United States District Court for the District of Vermont's Local Rule 5.2 recognizes that in certain circumstances it may be necessary to file court documents under seal. *See* Local Rule 5.2(a). The Court has recognized that such circumstances include those in which documents or information are protected under a confidentiality order. *See Long v. Parry*, No. 2:12-cv-81, 2016

1

WL 814861, at *27-28 (D. Vt. Feb. 29, 2016), *aff'd*, 679 F. App'x 60 (2d Cir. 2017) (granting motions to seal documents designated as confidential and subject to a protective order).

The Vermont Superior Court, Chittenden Unit, signed and entered a Confidentiality Order in this case on January 22, 2021. This Order protects from disclosure information designated by a party to be "Confidential," including that which constitutes "confidential, proprietary, or commercially sensitive business or financial information, [or] trade secrets." Confidentiality Order at 2, 3. The Order also protects from disclosure information designated by a party as "Highly Confidential," including that which constitutes information that is "Confidential" and that "could provide [a party's] Competitor(s) with an advantage" or, "if released, would cause harm to the interests of a government entity." *Id*. at 3, 4. The Order provides that when a party wishes to use documents or information designated "Confidential" or "Highly Confidential" in a court filing, the party must redact the documents or information and/or file them under seal. *See id*. at 14-16.

Portions of the Notice of Removal refer to and/or quote from the transcripts of depositions whose contents are protected from disclosure and must remain confidential under the Confidentiality Order because the transcript has been marked and currently has the status "Highly Confidential." In addition, apart from the designation, the portions of the Notice of Removal referring to and/or quoting from those deposition transcripts contain or constitute sensitive, proprietary, and confidential information and/or trade secrets that could provide an advantage to a 3M competitor and/or harm the interests of a government entity, and therefore those portions of the Notice of Removal warrant protection from public disclosure in this action. Further, those same portions of the Notice of Removal warrant protection from public disclosure under Vermont Rules for Public Access to Court Records, Rule 6(b)(16), and 9 V.S.A. § 4601(3).

Submitted with this Motion pursuant to Local Rule 5.2(b) is an unredacted copy of the

Notice of Removal, in which 3M has highlighted those portions of the Notice of Removal that 3M is seeking to redact and file under seal because they refer to the contents of the deposition transcript dated July 9, 2025, that is marked and currently has the status "Highly Confidential."

Given the sensitive nature of such information and the protection afforded to it pursuant to the Confidentiality Order in this matter, 3M respectfully requests that the Court grant this motion to seal those portions of the Notice of Removal.

Dated: July 18, 2025                                        Respectfully submitted,

*/s/ Ritchie E. Berger*

Ritchie E. Berger
Kendall Hoechst
Anne Rosenblum
DINSE P.C.
209 Battery Street
Burlington, VT 05402
Tel: (802) 864-7571
RBerger@dinse.com

*Counsel for Defendant 3M Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2025, I caused a true and correct copy of the foregoing document, with its exhibits, to be served upon the following parties by Email, as indicated below:

Laura B. Murphy, Esq.
State of Vermont
109 State Street
Montpelier, VT  05609
(802) 828-3186
laura.murphy@vermont.gov

Katherine Hacker, Esq.
Amy McCalib, Esq.
Daniel R. Brody, Esq.
Bartlit Beck LLP
1801 Wewatta St., Suite 1200
Denver, CO  80202
(303) 592-3141
Kat.hacker@bartlitbeck.com
amy.mccalib@bartlitbeck.com
dan.brody@bartlitbeck.com
dupont@bartlitbeck.com

Michael A. Olsen, Esq.
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL  60606
(312) 782-0600
molsen@mayerbrown.com

Adam L. Hoeflich, Esq.
Bartlit Beck LLP
54 West Hubbard Street
Chicago, IL  60654
(312) 494-4473
Adam.hoeflich@bartlit-beck.com
DuPont-PFOA-Bartlitbeck.com@bartlit-beck.com

Matthew F. Pawa, Esq.
Benjamin A. Krass, Esq.
MacKennan Graziano, Esq.
Gillian Cowley, Esq.
Kyle-Landis Marinello, Esq.
Pawa Law Group, P.C.
1280 Centre Street, Suite 230
Newton Center, MA  02459
(617) 641-9550
mpawa@pawalaw.com
bkrass@pawalaw.com
mgraziano@pawalaw.com
gcowley@pawalaw.com
klm@pawalaw.com

Jennifer E. McDonald, Esq.
Kelsey Schweitzer, Esq.
Gina Puls, Esq.
Downs Rachlin Martin PLLC
199 Main Street
P.O. Box 190
Burlington, VT  05402-0190
jmcdonald@drm.com
kschweitzer@drm.com
gpuls@drm.com

Richard F. Bulger, Esq.
Daniel L. Ring, Esq.
Tyler D. Alfermann, Esq.
Daniel Rottenberg, Esq.
Priya Desai, Esq.
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
(312) 222-9350
rbulger@jenner.com
dring@jenner.com
talfermann@jenner.com
drottenberg@jenner.com
pdesai@jenner.com

Cynthia Betz, Esq.
Lanny Kurzweil, Esq.
Ryan Richman, Esq.
Candee Wilde, Esq.
Nakul Shah, Esq.
Salvatore P. D'Alia, Esq.
McCarter & English LLP
100 Mulberry Street
4 Gateway Center
Newark, NJ 07102
(973) 639-7984
cbetz@mccarter.com
lkurzweil@mccarter.com
rrichman@mccarter.com
cwilde@mccarter.com
nshah@mccarter.com
sdalia@mccarter.com

Gregory A. Weimer, Esq.
Kirkpatrick & Goldsborough, PLLC
1233 Shelburne Rd., Ste. E-1
Lakewood Commons
South Burlington, VT 05403
(802) 651-0960
gweimer@vtlawfirm.com

Margaret Raymond Flood, Esq.
Martha N. Donovan, Esq.
Kimbrilee M. Weber, Esq.
Norris McLaughlin
400 Crossing Blvd.
8th Floor, P.O. Box 5933
Bridgewater, NJ 08807
(908) 252-4228
mraymondflood@norris-law.com
mdonovan@norris-law.com
kmweber@norris-law.com

Shayna S. Cook, Esq.
Laura A. Sexton, Esq.
Brian P. O'Donoghue, Esq.
Kenneth M. Baum, Esq.
Craig Woods, Esq.
Goldman Ismail Tomaselli Brennan & Baum LLP
200 South Wacker Dr., 22nd Floor
Chicago, IL 60606
scook@goldmanismail.com
lsexton@goldmanismail.com
bodonoghue@goldmanismail.com
kbaum@goldmanismail.com
cwoods@goldmanismail.com

Kyle McGee, Esq.
Viola Vetter, Esq.
Jason Wilson, Esq.
Gordon Novod, Esq.
Frank H. Griffin IV, Esq.
Grant & Eisenhofer P.A.
123 Justison Street
Wilmington, DE 19801
kmcgee@gelaw.com
vvetter@gelaw.com
jwilson@gelaw.com
gnovod@gelaw.com
fgriffin@gelaw.com

Heather E. Ross, Esq.
Sheehey, Furlong & Behm P.C.
30 Main St., 6th Floor
P.O. Box 66

Matthew J. Blaschke, Esq.
King & Spalding LLP
50 California Street, Suite 3300
San Francisco, CA 94111

5

Burlington, VT  05402  
(802) 864-9891  
hross@sheeheyvt.com  

Tracie J. Renfroe, Esq.  
Sarah Warburg-Koechlin, Esq.  
Mitchell B. Bryant, Esq.  
King & Spalding LLP  
1100 Louisiana Street, Suite 4100  
Houston, TX  77002  
trenfroe@kslaw.com  
swarburg-koechlin@kslaw.com  
mbbryant@kslaw.com  

Andrew J. Calica  
King & Spalding LLP  
1185 Avenue of the Americas  
New York, NY 10036  
acalica@kslaw.com  

Keri Arnold, Esq.  
Wilkinson Stekloff LLP  
130 W 42nd Street, 24th Floor  
New York, NY 10036  
karnold@wilkinsonstekloff.com  

Randall L. Christian, Esq.  
Bowman and Brooke LLP  
2901 Via Fortuna Drive, Suite 500  
Austin, Texas, 78746  
randall.christian@bowmanandbrooke.com  

Claire Grega, Esq.  
Amanda Rauer, Esq.  
McCarter & English LLP  
1600 Market St., Suite 3900  
Philadelphia, PA 19103  
cgrega@mccarter.com  
arauer@mccarter.com  

Antonin Robbason, Esq.  

mblaschke@kslaw.com  

Randall J. Butterfield, Esq.  
Carmen R. Toledo, Esq.  
Nicholas H. Howell, Esq.  
King & Spalding LLP  
1180 Peachtree Street NE, Suite 1600  
Atlanta, GA 30309  
rbutterfield@kslaw.com  
ctoledo@kslaw.com  
nhowell@kslaw.com  

Brian Stekloff, Esq.  
Wilkinson Stekloff LLP  
2001 M Street NW, Suite 1000  
Washington, DC 20036  
bstekloff@wilkinsonstekloff.com  

Sarah A. Meadows, Esq.  
Thomas Combs & Spann, PLLC  
300 Summers Street, Suite 1380  
Charleston, WV 25301  
smeadows@tcspllc.com  

James C. Fitzpatrick, Esq.  
Seth D. Rothman, Esq.  
Hughes Hubbard & Reed LLP  
One Battery Park Plaza, 15th Floor  
New York, NY 10004  
james.fitzpatrick@hugheshubbard.com  
seth.rothman@hugheshubbard.com  

Thomas J. Rechen, Esq.  
James E. Regan, Esq.  
Snigdha Mamillapalli, Esq.  
Joseph E. Boccia, Esq.  
McCarter & English LLP  
CityPlace I  
185 Asylum St.  
Hartford, CT 06103  
jregan@mccarter.com  
trechen@mccarter.com  
smamillapalli@mccarter.com  
jboccia@mccarter.com  

Ali Spindler, Esq.

| | |
|---|---|
| Ryan Smith & Carbine Ltd.<br>98 Merchants Row, PO Box 310<br>Rutland, VT 05702<br>aizr@rsclaw.com | Irwin Fritchie Urquhart Moore & Daniels LLC<br>400 Poydras Street, Suite 2700<br>New Orleans, LA 70130<br>aspindler@irwinllc.com |

By: */s/ Ritchie E. Berger*
Ritchie E. Berger, Esq.
Dinse P.C.
209 Battery Street, P.O. Box 988
Burlington, VT 05401
(802) 864-5751
rberger@dinse.com