IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| STATE OF VERMONT,<br><br>    Plaintiff,<br><br> v.<br><br>3M COMPANY; EIDP, INC.; THE CHEMOURS COMPANY; THE CHEMOURS COMPANY FC, LLC; CORTEVA, INC.; and DUPONT DE NEMOURS, INC.,<br><br>    Defendants. | Case No. 2:25-cv-00660<br><br>JURY TRIAL DEMANDED |

## **DEFENDANT 3M COMPANY'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.1 of the Local Rules of Procedure of the United States District Court for the District of Vermont, Defendant 3M Company ("3M"), through Dinse P.C., makes the following corporate disclosure:

1. 3M does not have a parent corporation.

2. 3M is a publicly-traded company. No other publicly held corporation owns 10% or more of its stock.

3. 3M does not have any subsidiaries that are not wholly owned.

4. The only affiliate of 3M to have issued shares of ownership to the public is 3M India Ltd.

Dated at Burlington, Vermont this 21st day of July, 2025.

          By:    *Kendall Hoechst*
                   Ritchie E. Berger, Esq.
                   Kendall Hoechst, Esq.
                   Anne Rosenblum, Esq.
                   Dinse P.C.
                   209 Battery Street, P.O. Box 988
                   Burlington, VT  05401
                   (802) 864-5751
                   rberger@dinse.com
                   khoechst@dinse.com
                   arosenlum@dinse.com

                   Richard F. Bulger, Esq.*
                   Daniel L. Ring, Esq.*
                   Tyler D. Alfermann, Esq.*
                   Daniel Rottenberg, Esq.*
                   Priya Desai, Esq.*
                   Jenner & Block LLP
                   353 N. Clark Street
                   Chicago, IL 60654-3456
                   (312) 222-9350
                   rbulger@jenner.com
                   dring@jenner.com
                   talfermann@jenner.com
                   drottenberg@jenner.com
                   pdesai@jenner.com

                   *Counsel for Defendant 3M Company*

                   *Applications for admission *pro hac vice* forthcoming

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2025, I caused a true and correct copy of the foregoing document to be served upon the following parties by Email, as indicated below:

| | |
|---|---|
| Laura B. Murphy, Esq.<br>State of Vermont<br>109 State Street<br>Montpelier, VT  05609<br>(802) 828-3186<br>laura.murphy@vermont.gov | Katherine Hacker, Esq.<br>Amy McCalib, Esq.<br>Daniel R. Brody, Esq.<br>Bartlit Beck LLP<br>1801 Wewatta St., Suite 1200<br>Denver, CO  80202<br>(303) 592-3141<br>Kat.hacker@bartlitbeck.com<br>amy.mccalib@bartlitbeck.com<br>dan.brody@bartlitbeck.com<br>dupont@bartlitbeck.com |
| Michael A. Olsen, Esq.<br>Mayer Brown LLP<br>71 S. Wacker Drive<br>Chicago, IL  60606<br>(312) 782-0600<br>molsen@mayerbrown.com | Adam L. Hoeflich, Esq.<br>Bartlit Beck LLP<br>54 West Hubbard Street<br>Chicago, IL  60654<br>(312) 494-4473<br>Adam.hoeflich@bartlit-beck.com<br>DuPont-PFOA-Bartlitbeck.com@bartlit-beck.com |
| Matthew F. Pawa, Esq.<br>Benjamin A. Krass, Esq.<br>MacKennan Graziano, Esq.<br>Gillian Cowley, Esq.<br>Kyle-Landis Marinello, Esq.<br>Pawa Law Group, P.C.<br>1280 Centre Street, Suite 230<br>Newton Center, MA  02459<br>(617) 641-9550<br>mpawa@pawalaw.com<br>bkrass@pawalaw.com<br>mgraziano@pawalaw.com<br>gcowley@pawalaw.com<br>klm@pawalaw.com | Jennifer E. McDonald, Esq.<br>Kelsey Schweitzer, Esq.<br>Gina Puls, Esq.<br>Downs Rachlin Martin PLLC<br>199 Main Street<br>P.O. Box 190<br>Burlington, VT  05402-0190<br>jmcdonald@drm.com<br>kschweitzer@drm.com<br>gpuls@drm.com |

| | |
|---|---|
| Richard F. Bulger, Esq.<br>Daniel L. Ring, Esq.<br>Tyler D. Alfermann, Esq.<br>Daniel Rottenberg, Esq.<br>Priya Desai, Esq.<br>Jenner & Block LLP<br>353 N. Clark Street<br>Chicago, IL 60654-3456<br>(312) 222-9350<br>rbulger@jenner.com<br>dring@jenner.com<br>talfermann@jenner.com<br>drottenberg@jenner.com<br>pdesai@jenner.com | Cynthia Betz, Esq.<br>Lanny Kurzweil, Esq.<br>Ryan Richman, Esq.<br>Candee Wilde, Esq.<br>Nakul Shah, Esq.<br>Salvatore P. D'Alia, Esq.<br>McCarter & English LLP<br>100 Mulberry Street<br>4 Gateway Center<br>Newark, NJ 07102<br>(973) 639-7984<br>cbetz@mccarter.com<br>lkurzweil@mccarter.com<br>rrichman@mccarter.com<br>cwilde@mccarter.com<br>nshah@mccarter.com<br>sdalia@mccarter.com |
| Gregory A. Weimer, Esq.<br>Kirkpatrick & Goldsborough, PLLC<br>1233 Shelburne Rd., Ste. E-1<br>Lakewood Commons<br>South Burlington, VT 05403<br>(802) 651-0960<br>gweimer@vtlawfirm.com | Margaret Raymond Flood, Esq.<br>Martha N. Donovan, Esq.<br>Kimbrilee M. Weber, Esq.<br>Norris McLaughlin<br>400 Crossing Blvd.<br>8th Floor, P.O. Box 5933<br>Bridgewater, NJ 08807<br>(908) 252-4228<br>mraymondflood@norris-law.com<br>mdonovan@norris-law.com<br>kmweber@norris-law.com |
| Shayna S. Cook, Esq.<br>Laura A. Sexton, Esq.<br>Brian P. O'Donoghue, Esq.<br>Kenneth M. Baum, Esq.<br>Craig Woods, Esq.<br>Goldman Ismail Tomaselli Brennan & Baum LLP<br>200 South Wacker Dr., 22nd Floor<br>Chicago, IL 60606<br>scook@goldmanismail.com<br>lsexton@goldmanismail.com<br>bodonoghue@goldmanismail.com<br>kbaum@goldmanismail.com | Kyle McGee, Esq.<br>Viola Vetter, Esq.<br>Jason Wilson, Esq.<br>Gordon Novod, Esq.<br>Frank H. Griffin IV, Esq.<br>Grant & Eisenhofer P.A.<br>123 Justison Street<br>Wilmington, DE 19801<br>kmcgee@gelaw.com<br>vvetter@gelaw.com<br>jwilson@gelaw.com<br>gnovod@gelaw.com<br>fgriffin@gelaw.com |

cwoods@goldmanismail.com

Heather E. Ross, Esq.  
Sheehey, Furlong & Behm P.C.  
30 Main St., 6th Floor  
P.O. Box 66  
Burlington, VT 05402  
(802) 864-9891  
hross@sheeheyvt.com

Matthew J. Blaschke, Esq.  
King & Spalding LLP  
50 California Street, Suite 3300  
San Francisco, CA 94111  
mblaschke@kslaw.com

Tracie J. Renfroe, Esq.  
Sarah Warburg-Koechlin, Esq.  
Mitchell B. Bryant, Esq.  
King & Spalding LLP  
1100 Louisiana Street, Suite 4100  
Houston, TX 77002  
trenfroe@kslaw.com  
swarburg-koechlin@kslaw.com  
mbbryant@kslaw.com

Randall J. Butterfield, Esq.  
Carmen R. Toledo, Esq.  
Nicholas H. Howell, Esq.  
King & Spalding LLP  
1180 Peachtree Street NE, Suite 1600  
Atlanta, GA 30309  
rbutterfield@kslaw.com  
ctoledo@kslaw.com  
nhowell@kslaw.com

Andrew J. Calica  
King & Spalding LLP  
1185 Avenue of the Americas  
New York, NY 10036  
acalica@kslaw.com

Brian Stekloff, Esq.  
Wilkinson Stekloff LLP  
2001 M Street NW, Suite 1000  
Washington, DC 20036  
bstekloff@wilkinsonstekloff.com

Keri Arnold, Esq.  
Wilkinson Stekloff LLP  
130 W 42nd Street, 24th Floor  
New York, NY 10036  
karnold@wilkinsonstekloff.com

Sarah A. Meadows, Esq.  
Thomas Combs & Spann, PLLC  
300 Summers Street, Suite 1380  
Charleston, WV 25301  
smeadows@tcspllc.com

Randall L. Christian, Esq.  
Bowman and Brooke LLP  
2901 Via Fortuna Drive, Suite 500  
Austin, Texas, 78746  
randall.christian@bowmanandbrooke.com

James C. Fitzpatrick, Esq.  
Seth D. Rothman, Esq.  
Hughes Hubbard & Reed LLP  
One Battery Park Plaza, 15th Floor  
New York, NY 10004  
james.fitzpatrick@hugheshubbard.com  
seth.rothman@hugheshubbard.com

Claire Grega, Esq.  
Amanda Rauer, Esq.  
McCarter & English LLP  
1600 Market St., Suite 3900

Thomas J. Rechen, Esq.  
James E. Regan, Esq.  
Snigdha Mamillapalli, Esq.  
Joseph E. Boccia, Esq.

| | |
|---|---|
| Philadelphia, PA 19103<br>cgrega@mccarter.com<br>arauer@mccarter.com | McCarter & English LLP<br>CityPlace I<br>185 Asylum St.<br>Hartford, CT 06103<br>jregan@mccarter.com<br>trechen@mccarter.com<br>smamillapalli@mccarter.com<br>jboccia@mccarter.com |
| Antonin Robbason, Esq.<br>Ryan Smith & Carbine Ltd.<br>98 Merchants Row, PO Box 310<br>Rutland, VT 05702<br>aizr@rsclaw.com | Ali Spindler, Esq.<br>Irwin Fritchie Urquhart Moore & Daniels LLC<br>400 Poydras Street, Suite 2700<br>New Orleans, LA 70130<br>aspindler@irwinllc.com |

By:   *Kendall Hoechst*
  Ritchie E. Berger, Esq.
  Kendall Hoechst, Esq.
  Anne Rosenblum, Esq.
  Dinse P.C.
  209 Battery Street, P.O. Box 988
  Burlington, VT  05401
  (802) 864-5751
  rberger@dinse.com
  khoechst@dinse.com
  arosenlum@dinse.com