# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| STATE OF VERMONT, <br><br> Plaintiff, <br><br> v. <br><br> 3M COMPANY; E. I. DU PONT DE NEMOURS AND COMPANY; THE CHEMOURS COMPANY; THE CHEMOURS COMPANY FC, LLC; CORTEVA, INC.; AND DUPONT DE NEMOURS, INC., <br><br> Defendants. | Case No. 2:25-cv-00660 <br><br> JURY TRIAL DEMANDED |

## DEFENDANT 3M COMPANY'S SUBMISSION OF
## SUPPLEMENTAL DOCUMENTS IN SUPPORT OF NOTICE OF REMOVAL

COMES NOW, Defendant 3M Company and hereby submits the Supplemental Documents in Support of Notice of Removal attached hereto and states as follows:

1. 3M Company filed its Notice of Removal in this action on July 18, 2025. Dkt. 1. 3M Company hereby supplements the Notice of Removal by attaching hereto true and correct copies of process, pleadings, and orders served upon 3M Company in the Superior Court of the State of Vermont, Chittenden Unit, Case No. 547-6-19 Cncv.

2. 3M Company submits the Supplemental Documents in Support of Notice of Removal without prejudice to the sufficiency or validity of 3M Company's Notice of Removal and without prejudice to its right to further supplement.

Dated: August 15, 2025

Respectfully submitted,

<u>/s/ Daniel L. Ring</u>

Daniel L. Ring
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654
Tel: (312) 923-2625
Fax: (312) 527-0484
dring@jenner.com

*Counsel for Defendant 3M Company*

## CERTIFICATE OF SERVICE

I certify that on August 15, 2025, I caused a true and correct copy of the foregoing document, with its exhibits, to be served upon the following parties by email, as indicated below:

Laura B. Murphy, Esq.
State of Vermont
109 State Street
Montpelier, VT  05609
(802) 828-3186
laura.murphy@vermont.gov

Katherine Hacker, Esq.
Amy McCalib, Esq.
Daniel R. Brody, Esq.
Bartlit Beck LLP
1801 Wewatta St., Suite 1200
Denver, CO  80202
(303) 592-3141
Kat.hacker@bartlitbeck.com
amy.mccalib@bartlitbeck.com
dan.brody@bartlitbeck.com
dupont@bartlitbeck.com

Michael A. Olsen, Esq.
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL  60606
(312) 782-0600
molsen@mayerbrown.com

Adam L. Hoeflich, Esq.
Bartlit Beck LLP
54 West Hubbard Street
Chicago, IL  60654
(312) 494-4473
Adam.hoeflich@bartlit-beck.com
DuPont-PFOA-Bartlitbeck.com@bartlit-beck.com

Matthew F. Pawa, Esq.
Benjamin A. Krass, Esq.
MacKennan Graziano, Esq.
Gillian Cowley, Esq.
Kyle-Landis Marinello, Esq.
Pawa Law Group, P.C.
1280 Centre Street, Suite 230
Newton Center, MA  02459
(617) 641-9550
mpawa@pawalaw.com
bkrass@pawalaw.com
mgraziano@pawalaw.com
gcowley@pawalaw.com
klm@pawalaw.com

Jennifer E. McDonald, Esq.
Kelsey Schweitzer, Esq.
Gina Puls, Esq.
Downs Rachlin Martin PLLC
199 Main Street
P.O. Box 190
Burlington, VT  05402-0190
jmcdonald@drm.com
kschweitzer@drm.com
gpuls@drm.com

| | |
|---|---|
| Richard F. Bulger, Esq.<br>Daniel L. Ring, Esq.<br>Tyler D. Alfermann, Esq.<br>Daniel Rottenberg, Esq.<br>Priya Desai, Esq.<br>Jenner & Block LLP<br>353 N. Clark Street<br>Chicago, IL 60654-3456<br>(312) 222-9350<br>rbulger@jenner.com<br>dring@jenner.com<br>talfermann@jenner.com<br>drottenberg@jenner.com<br>pdesai@jenner.com | Cynthia Betz, Esq.<br>Lanny Kurzweil, Esq.<br>Ryan Richman, Esq.<br>Candee Wilde, Esq.<br>Nakul Shah, Esq.<br>Salvatore P. D'Alia, Esq.<br>McCarter & English LLP<br>100 Mulberry Street<br>4 Gateway Center<br>Newark, NJ  07102<br>(973) 639-7984<br>cbetz@mccarter.com<br>lkurzweil@mccarter.com<br>rrichman@mccarter.com<br>cwilde@mccarter.com<br>nshah@mccarter.com<br>sdalia@mccarter.com |
| Gregory A. Weimer, Esq.<br>Kirkpatrick & Goldsborough, PLLC<br>1233 Shelburne Rd., Ste. E-1<br>Lakewood Commons<br>South Burlington, VT  05403<br>(802) 651-0960<br>gweimer@vtlawfirm.com | Margaret Raymond Flood, Esq.<br>Martha N. Donovan, Esq.<br>Kimbrilee M. Weber, Esq.<br>Norris McLaughlin<br>400 Crossing Blvd.<br>8th Floor, P.O. Box 5933<br>Bridgewater, NJ  08807<br>(908) 252-4228<br>mraymondflood@norris-law.com<br>mdonovan@norris-law.com<br>kmweber@norris-law.com |
| Shayna S. Cook, Esq.<br>Laura A. Sexton, Esq.<br>Brian P. O'Donoghue, Esq.<br>Kenneth M. Baum, Esq.<br>Craig Woods, Esq.<br>Goldman Ismail Tomaselli Brennan & Baum LLP<br>200 South Wacker Dr., 22nd Floor<br>Chicago, IL  60606<br>scook@goldmanismail.com<br>lsexton@goldmanismail.com<br>bodonoghue@goldmanismail.com<br>kbaum@goldmanismail.com<br>cwoods@goldmanismail.com | Kyle McGee, Esq.<br>Viola Vetter, Esq.<br>Jason Wilson, Esq.<br>Gordon Novod, Esq.<br>Frank H. Griffin IV, Esq.<br>Grant & Eisenhofer P.A.<br>123 Justison Street<br>Wilmington, DE 19801<br>kmcgee@gelaw.com<br>vvetter@gelaw.com<br>jwilson@gelaw.com<br>gnovod@gelaw.com<br>fgriffin@gelaw.com |

| | |
|---|---|
| Heather E. Ross, Esq.<br>Sheehey, Furlong & Behm P.C.<br>30 Main St., 6th Floor<br>P.O. Box 66<br>Burlington, VT  05402<br>(802) 864-9891<br>hross@sheeheyvt.com | Matthew J. Blaschke, Esq.<br>King & Spalding LLP<br>50 California Street, Suite 3300<br>San Francisco, CA 94111<br>mblaschke@kslaw.com |
| Tracie J. Renfroe, Esq.<br>Sarah Warburg-Koechlin, Esq.<br>Mitchell B. Bryant, Esq.<br>King & Spalding LLP<br>1100 Louisiana Street, Suite 4100<br>Houston, TX  77002<br>trenfroe@kslaw.com<br>swarburg-koechlin@kslaw.com<br>mbbryant@kslaw.com | Randall J. Butterfield, Esq.<br>Carmen R. Toledo, Esq.<br>Nicholas H. Howell, Esq.<br>King & Spalding LLP<br>1180 Peachtree Street NE, Suite 1600<br>Atlanta, GA 30309<br>rbutterfield@kslaw.com<br>ctoledo@kslaw.com<br>nhowell@kslaw.com |
| Andrew J. Calica<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, NY 10036<br>acalica@kslaw.com | Brian Stekloff, Esq.<br>Wilkinson Stekloff LLP<br>2001 M Street NW, Suite 1000<br>Washington, DC 20036<br>bstekloff@wilkinsonstekloff.com |
| Keri Arnold, Esq.<br>Wilkinson Stekloff LLP<br>130 W 42nd Street, 24th Floor<br>New York, NY 10036<br>karnold@wilkinsonstekloff.com | Sarah A. Meadows, Esq.<br>Thomas Combs & Spann, PLLC<br>300 Summers Street, Suite 1380<br>Charleston, WV 25301<br>smeadows@tcspllc.com |
| Randall L. Christian, Esq.<br>Bowman and Brooke LLP<br>2901 Via Fortuna Drive, Suite 500<br>Austin, Texas, 78746<br>randall.christian@bowmanandbrooke.com | James C. Fitzpatrick, Esq.<br>Seth D. Rothman, Esq.<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza, 15th Floor<br>New York, NY 10004<br>james.fitzpatrick@hugheshubbard.com<br>seth.rothman@hugheshubbard.com |

| | |
|---|---|
| Claire Grega, Esq.<br>Amanda Rauer, Esq.<br>McCarter & English LLP<br>1600 Market St., Suite 3900<br>Philadelphia, PA 19103<br>cgrega@mccarter.com<br>arauer@mccarter.com | Thomas J. Rechen, Esq.<br>James E. Regan, Esq.<br>Snigdha Mamillapalli, Esq.<br>Joseph E. Boccia, Esq.<br>McCarter & English LLP<br>CityPlace I<br>185 Asylum St.<br>Hartford, CT 06103<br>jregan@mccarter.com<br>trechen@mccarter.com<br>smamillapalli@mccarter.com<br>jboccia@mccarter.com |
| Ali Spindler, Esq.<br>Irwin Fritchie Urquhart Moore & Daniels LLC<br>400 Poydras Street, Suite 2700<br>New Orleans, LA 70130<br>aspindler@irwinllc.com | |

By:   */s/ Daniel L. Ring*

Daniel L. Ring
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654
Tel: (312) 923-2625
Fax: (312) 527-0484
dring@jenner.com