# UNITED STATES DISTRICT COURT
# DISTRICT OF VERMONT

| | |
|---|---|
| STATE OF VERMONT, | ) <br> ) |
| Plaintiff, | ) CASE NO. 2:25-cv-00660-MKL <br> ) |
| v. | ) <br> ) |
| 3M COMPANY, EIDP, INC., THE CHEMOURS COMPANY, THE CHEMOURS COMPANY FC, LLC, CORTEVA, INC., and DUPONT DE NEMOURS, INC., | ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

## PLAINTIFF STATE OF VERMONT'S OPPOSITION TO 3M COMPANY'S EXPEDITED MOTION TO TEMPORARILY STAY PROCEEDINGS

The State opposes Defendant 3M Company's Expedited Motion to Temporarily Stay Proceedings. There is no reason to stay briefing or decision of the State's pending motion to remand 3M's second attempted removal ("Removal II") while awaiting the mandate to issue from the Second Circuit on the first removal ("Removal I"). This case remains a matter of the highest importance to the State; the State seeks damages to clean up some of the most toxic chemicals known to science, chemicals the State alleges were made by the defendants and have polluted Vermont's natural resources at widespread locations across the State. It has fought for six years to bring this case to this juncture. The time sensitivities and respect for deadlines previously established by the state court—which the State invoked in seeking expedited briefing—remain the same.

That Removal I and Removal II may be consolidated after the mandate issues does not mean Removal II should be stayed until then. On the contrary, Removal II should proceed so it

does not delay any remand in Removal I. That is, if the Court issues a decision in Removal I remanding the case to state court, it is better to have any remand order in Removal II completed so this case may return to state court without delay. Further, there should not be any concern about Removal II being decided before the mandate issues in Removal I: the State's understanding is that, if Removal II is decided before the mandate issues, the case would not return to state court until the clerk sends a certified copy of the remand order to the state court—thus this Court may proceed to address Removal I with the case still in federal court.

Moreover, 3M overstates the similarities between the two motions to remand. The removals are based upon different products that 3M says it made for the federal government and upon separate sets of facts, evidence, and declarations. Also, though 3M says both remand motions raise the timeliness of 3M's removal, the Second Circuit has ruled that 3M's first removal was timely, so that issue is no longer before this Court in Removal I.[1]

3M's motion to stay Removal II should be denied. Given the advanced stage of this case in state court, the State also respectfully requests that the Court decide both remand motions as soon as possible.

Dated: August 21, 2025  Respectfully submitted,

STATE OF VERMONT

CHARITY R. CLARK
ATTORNEY GENERAL

*/s/ Laura B. Murphy*
Laura B. Murphy
Assistant Attorney General
109 State Street

---

[1] The State does not intend to seek further appellate review of the Second Circuit's August 19, 2025, decision.

Montpelier, VT 05609-1001
(802) 828-3186
laura.murphy@vermont.gov

Matthew F. Pawa
Benjamin A. Krass
Kyle Landis-Marinello
MacKennan Graziano (*pro hac vice* forthcoming)
Gillian Cowley (*pro hac vice*)
Pawa Law Group, P.C.
1280 Centre Street, Suite 230
Newton Centre, MA 02459

Kyle J. McGee (*pro hac vice*)
Viola Vetter (*pro hac vice*)
Grant & Eisenhofer P.A.
123 Justison Street
Wilmington, DE 19801
(302) 622-7000