UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| STATE OF VERMONT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> 3M COMPANY, EIDP, INC., THE CHEMOURS ) <br> COMPANY, THE CHEMOURS COMPANY ) <br> FC, LLC, CORTEVA, INC., and DUPONT DE ) <br> NEMOURS, INC., ) <br> ) <br> Defendants. ) <br> ) | CASE NO. 2:25-cv-00660-MKL |

**PLAINTIFF STATE OF VERMONT'S EMERGENCY MOTION TO CLARIFY
AUGUST 22, 2025, ORDER**

Plaintiff the State of Vermont respectfully requests that the Court clarify its August 22, 2025, Order (Dkt. 93) as soon as possible because 3M Company is using the Order to take four expert depositions off calendar. On Friday night, 3M informed the State that it will not produce four experts for deposition because of the Order, including Dr. Daniel Slottje on August 26 and Gary Hokkanen on August 28: "In view of Judge Lanthier's order staying the case (except for remand related briefing), we will not produce 3M experts (Slottje, Hokkanen, Frankel, and Alexander) at this time" for deposition. Email from 3M to State (Exh. 1). A couple hours before 3M's email, the State had followed up on previous requests that 3M produce reliance materials for the Supplemental Expert Report of Gary Hokkanen as soon as possible, since it had "now been 10 days since 3M served his supplemental disclosure and his deposition is next week." Email from State to 3M (Exh. 2).

3M still has not produced the reliance materials for Mr. Hokkanen's supplemental report, and 3M's Friday night email makes clear it does not intend to do so or to make its experts

available for depositions.  In short, 3M has unilaterally brought the case to a halt.  But expert discovery is nearly complete, and there is no reason to stop it now: the State can take depositions of defendants' experts concurrently with briefing and consideration of the State's motion to remand.[1]  This is consistent with the Court's Order granting 3M's motion to temporarily stay proceedings "in part" while the Court reviews the pending motions to remand, rather than staying the entire case.  Dkt. 93 (stating Court would "not take any further action *on the pending motion to remand* until the mandate issues" in Removal I) (emphasis added).  The Court's Order says nothing about staying discovery.[2]

While the State believes the Court's Order is clear, because 3M is using the Order to withhold depositions, the State respectfully requests that the Court clarify the scope of its Order.  Because the first withheld deposition is set to begin at 9:00 a.m. on August 26, the State respectfully requests that the Court clarify its order as early as possible on August 25.

Dated: August 24, 2025                         Respectfully submitted,

                                               STATE OF VERMONT

                                               CHARITY R. CLARK
                                               ATTORNEY GENERAL

                                               */s/ Laura B. Murphy*
                                               Laura B. Murphy
                                               Assistant Attorney General
                                               109 State Street
                                               Montpelier, VT 05609-1001
                                               (802) 828-3186
                                               laura.murphy@vermont.gov

---

[1] On August 22, in Removal I (Docket No. 24-1250), the State filed a motion for immediate issuance of the mandate with the Second Circuit.

[2] 3M has also filed a different motion seeking to stay the requirement to file a discovery schedule under Local Rule 26 and requesting a stay of the September 12 pre-trial motion deadline.  Dkt. 66.  The State is filing its opposition to that motion on or before August 27.

Matthew F. Pawa
Benjamin A. Krass
Kyle Landis-Marinello
MacKennan Graziano (*pro hac vice* forthcoming)
Pawa Law Group, P.C.
1280 Centre Street, Suite 230
Newton Centre, MA 02459

Kyle J. McGee (*pro hac vice*)
Viola Vetter (*pro hac vice*)
Grant & Eisenhofer P.A.
123 Justison Street
Wilmington, DE 19801
(302) 622-7000