U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 SEP -5 PM 1:17

CLERK
BY_____
   DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| STATE OF VERMONT,<br>    Plaintiff,<br><br>v.<br><br>3M COMPANY, E. I. DUPONT DE<br>NEMOURS AND COMPANY, THE<br>CHEMOURS COMPANY, THE CHEMOURS<br>COMPANY FC, LLC, CORTEVA, INC., and<br>DUPONT DE NEMOURS, INC.,<br>    Defendants. | Case No. 2:24-cv-19 |
| STATE OF VERMONT,<br>    Plaintiff,<br><br>v.<br><br>3M COMPANY, E. I. DUPONT DE<br>NEMOURS AND COMPANY, THE<br>CHEMOURS COMPANY, THE CHEMOURS<br>COMPANY FC, LLC, CORTEVA, INC., and<br>DUPONT DE NEMOURS, INC.,<br>    Defendants. | Case No. 2:25-cv-660 |

## ORDER OF CONSOLIDATION

These two actions involve the same matter filed by the State of Vermont ("Plaintiff") in the Chittenden Unit of the Vermont Superior Court. 3M Company ("Defendant") filed a Notice of Removal in this court on January 3, 2024. The case was docketed under 24-cv-19. Plaintiff filed a Motion to Remand. The court granted the motion on April 12, 2024, finding the Notice of Removal untimely. The case was remanded to state court. Defendant appealed the remand order to the Second Circuit.

Prior to a decision from the Second Circuit, Defendant filed a second Notice of Removal on July 18, 2025, asserting a separate basis for removal. The case was docketed under 25-cv-660. Plaintiff filed a Motion to Remand on August 11, 2025.

On August 19, 2025, the Second Circuit issued its decision, reversing the court's decision in 24-cv-19. The Second Circuit instructed the court to address the merits of the basis for removal. Both cases, involving the identical matter, are now active, with a Motion to Remand pending in each.

A hearing was held in 25-cv-660 on September 4, 2025. During this hearing, the court indicated its intent to consolidate the two cases on its own motion absent objection by any party. No party objected. Pursuant to L.R. 42(a)(2), the court orders the consolidation of these two cases.

The clerk is directed to designate *State of Vermont v. 3M Company et al.*, Case No. 2:25-cv-660 as the lead case. The Order of Consolidation should be docketed in both actions. All future filings shall be entered in *State of Vermont v. 3M Company et al.*, Case No. 2:25-cv-660.

Dated at Rutland, in the District of Vermont, this 5th day of September 2025.

_____
Mary Kay Lanthier
United States District Court Judge