# UNITED STATES DISTRICT COURT
# DISTRICT OF VERMONT

| | | |
|---|---|---|
| STATE OF VERMONT, | ) | |
| | ) | |
| Plaintiff, | ) | Case Nos. 2:25-cv-660-MKL (lead) and |
| | ) | 2:24-cv-19-MKL |
| v. | ) | |
| | ) | |
| 3M COMPANY, EIDP, INC., THE CHEMOURS COMPANY, THE CHEMOURS COMPANY FC, LLC, CORTEVA, INC., and DUPONT DE NEMOURS, INC., | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF STATE OF VERMONT'S
## NOTICE REGARDING SUPPLEMENTAL FILINGS

Plaintiff the State of Vermont hereby notifies the Court and the parties that it intends to make supplemental filings by September 12 that address the Court's subject matter jurisdiction. Counsel for the State previously said at the September 4 hearing that the State would shortly file a notice disclaiming relief at the Rutland Landfill, along with a supplemental brief describing the jurisdictional consequences of this notice. The State still intends to disclaim any recovery with respect to the Rutland Landfill, which will affect the Court's consideration of the pending motions to remand, but the process has taken longer than expected as the State has given additional consideration to the precise form its filings on the issue should take. The State intends to make the relevant filings by September 12. The State apologizes for the delay.

September 8, 2025

Respectfully submitted,

STATE OF VERMONT

CHARITY R. CLARK
ATTORNEY GENERAL

*/s/ Laura B. Murphy*
Laura B. Murphy

Assistant Attorney General
109 State Street
Montpelier, VT 05609-1001
(802) 828-3186
laura.murphy@vermont.gov

Matthew F. Pawa
Benjamin A. Krass
Kyle Landis-Marinello
MacKennan Graziano (*pro hac vice*)
Pawa Law Group, P.C.
1280 Centre Street, Suite 230
Newton Centre, MA  02459
(617) 641-9550

Kyle J. McGee (*pro hac vice*)
Viola Vetter (*pro hac vice*)
Grant & Eisenhofer P.A.
123 Justison Street
Wilmington, DE 19801
(302) 622-7000