# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| STATE OF VERMONT,<br><br>                  Plaintiff,<br><br>    v.<br><br>3M COMPANY; E. I. DU PONT DE NEMOURS AND COMPANY; THE CHEMOURS COMPANY; THE CHEMOURS COMPANY FC, LLC; CORTEVA, INC.; and DUPONT DE NEMOURS, INC.,<br><br>                  Defendants. | Case No. 2:24-cv-00019-WKS |

## NOTICE OF APPEAL

Pursuant to 28 U.S.C. §§ 1291 and 1447(d) and Rule 3 of the Federal Rules of Appellate Procedure, Defendant 3M Company hereby gives notice that it appeals to the United States Court of Appeals for the Second Circuit from the Order entered in the above-captioned case on April 12, 2024 (Dkt. No. 28), granting Plaintiff's Motion to Remand to State Court (Dkt. No. 10).

                                                                       Respectfully submitted,

April 30, 2024                               */s/ Ritchie E. Berger*
                                                 Ritchie E. Berger, Esq.
                                                 Dinse P.C.
                                                 209 Battery Street, P.O. Box 988
                                                 Burlington, VT 05401
                                                 (802) 864-5751
                                                 rberger@dinse.com

                                                 *Counsel for Defendant 3M Company*