UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| STATE OF VERMONT, | ) |
| | ) |
| Plaintiff, | ) Case Nos. 2:24-cv-19-MKL and 2:25-cv-660-MKL (lead) |
| | ) |
| v. | ) |
| | ) |
| 3M COMPANY, EIDP, INC., THE CHEMOURS COMPANY, THE CHEMOURS COMPANY FC, LLC, CORTEVA, INC., and DUPONT DE NEMOURS, INC., | ) |
| | ) |
| Defendants. | ) |

### PLAINTIFF STATE OF VERMONT'S NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff the State of Vermont submits as supplemental authority two recent decisions from the U.S. District Court for the Central District of Illinois:

- *People ex rel. Raoul v. 3M Co.*, No. 4:25-cv-04189-SLD-RLH (C.D. Ill. Nov. 26, 2025) (attached)

- *People ex rel. Raoul v. 3M Co.*, No. 4:25-cv-04189-SLD-RLH, 2025 WL 3470040 (C.D. Ill. Dec. 3, 2025) (available on Westlaw)

These rulings occurred in the same case that was remanded to state court in *People ex rel. Raoul v. 3M Co.*, 111 F.4th 846 (7th Cir. 2024)—a decision discussed by the parties in briefing and at the December 3, 2025, oral argument in this case. The State was not aware of these rulings at the time of the December 3 oral argument as one of the rulings was issued that same day and the other (as of this filing) does not appear to have been published on Westlaw.

December 11, 2025

Respectfully submitted,

STATE OF VERMONT

CHARITY R. CLARK
ATTORNEY GENERAL

*/s/ Laura B. Murphy*

Laura B. Murphy
Assistant Attorney General
109 State Street
Montpelier, VT 05609-1001
(802) 828-3186
laura.murphy@vermont.gov

Matthew F. Pawa
Benjamin A. Krass
Kyle Landis-Marinello
MacKennan Graziano (*pro hac vice*)
Gillian Cowley (*pro hac vice*)
Pawa Law Group, P.C.
1280 Centre Street, Suite 230
Newton Centre, MA 02459

Kyle J. McGee (*pro hac vice*)
Viola Vetter (*pro hac vice*)
Grant & Eisenhofer P.A.
123 Justison Street
Wilmington, DE 19801
(302) 622-7000