UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| STATE OF VERMONT, ) | |
| ) | |
| Plaintiff, ) | Case Nos. 2:24-cv-19-MKL and 2:25- |
| ) | cv-660-MKL (lead) |
| v. ) | |
| ) | |
| 3M COMPANY, EIDP, INC., THE CHEMOURS ) | |
| COMPANY, THE CHEMOURS COMPANY ) | |
| FC, LLC, CORTEVA, INC., and DUPONT DE ) | |
| NEMOURS, INC., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF STATE OF VERMONT'S RESPONSE TO DEFENDANT 3M COMPANY'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff the State of Vermont responds to 3M's notice of supplemental authority regarding *Ohio ex rel. Yost v. Ascent Health Services, LLC*, No. 24-303, -- F.4th --, 2026 WL 206176 (6th Cir. Jan. 27, 2026).  *See* Doc. 174.  *Ohio* is distinguishable because it did not involve an evidentiary challenge to the removal allegations based upon a factual record, as the State has done here.  *See* Doc. 174-1 (Slip Op. at 15).  *Ohio* also is distinguishable on its facts because, unlike this case, the plaintiff sought to hold defendants liable for "indivisible federal conduct," i.e., where defendants "conduct[ed] a single [drug price] negotiation on behalf of all of their clients," both private and governmental.  *Id.* at 3, 7, 9, 12.


February 19, 2026                    Respectfully submitted,

                                                      STATE OF VERMONT

                                                      CHARITY R. CLARK
                                                      ATTORNEY GENERAL

                                                      */s/ Laura B. Murphy*
                                                      Laura B. Murphy

Assistant Attorney General
109 State Street
Montpelier, VT 05609-1001
(802) 828-3186
laura.murphy@vermont.gov

Matthew F. Pawa
Benjamin A. Krass
Kyle Landis-Marinello
MacKennan Graziano (*pro hac vice*)
Gillian Cowley (*pro hac vice*)
Pawa Law Group, P.C.
1280 Centre Street, Suite 230
Newton Centre, MA 02459
(617) 641-9550

Kyle J. McGee (*pro hac vice*)
Viola Vetter (*pro hac vice*)
Grant & Eisenhofer P.A.
123 Justison Street
Wilmington, DE 19801
(302) 622-7000