**UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT**

STATE OF VERMONT,                                )
                                                 )
               Plaintiff,          )  Case Nos. 2:24-cv-19-MKL and 2:25-
                                                 )  cv-660-MKL (lead)
               v.                  )
                                                 )
3M COMPANY, EIDP, INC., THE CHEMOURS             )
COMPANY, THE CHEMOURS COMPANY FC,                )
LLC, CORTEVA, INC., and DUPONT DE                )
NEMOURS, INC.,                                   )
                                                 )
               Defendants.         )

**PLAINTIFF STATE OF VERMONT'S MOTION FOR LEAVE TO FILE
SUPPLEMENTAL MEMORANDUM ADDRESSING RECENT
SUPREME COURT DECISIONS**

Plaintiff State of Vermont respectfully moves for leave to submit a supplemental memorandum regarding the Supreme Court's recent decisions in *Hain Celestial Group v. Palmquist*, 607 U.S.__, 146 S. Ct. 724 (2026); *Chevron USA Inc. v. Plaquemines Par., Louisiana*, 608 U.S.__, 146 S. Ct. 1052 (2026); and *Enbridge Energy, LP v. Nessel*, 608 U.S.__, 146 S. Ct. 1074 (2026). These decisions bear on issues before the Court in the State's pending motions to remand.

"[A] district court has broad discretion to manage its docket." *Shahi v. Standard Fire Ins. Co.,* No. 5:10-cv-15, 2012 WL 13085373, at *3 (D. Vt. Aug. 9, 2012) (internal citation and quotation marks omitted). The Court in its discretion may grant a motion for leave to file a supplemental brief to "consider the impact of [a] recent decision by the Supreme Court." *Bankston v. Norfolk S. Ry. Co.*, No. 1:05-CV-1203-ODE, 2007 WL 9701682, at *3 (N.D. Ga. July 5, 2007). *See also Wanamaker v. Town of Westport Bd. of Educ.*, No. 3:11CV1791 MPS WIG, 2013 WL 3766592, at *1 (D. Conn. July 16, 2013) (granting leave to file supplement related to

recent Supreme Court decision); *Sec'y of Lab. v. Macy's, Inc.*, No. 1:17-CV-541, 2024 WL 4302093, at *2 (S.D. Ohio Sept. 26, 2024) (noting leave had been granted to address recent Supreme Court decision); *United States v. Evans*, No. 1:09-CR-0449-RWS, 2010 WL 3189708, at *1 (N.D. Ga. Aug. 11, 2010) (similar).

Accordingly, the State respectfully requests that the Court grant the State's motion for leave and consider the State's supplemental memorandum attached as Exhibit 1 to this motion.

Dated: May 4, 2026

Respectfully submitted,

STATE OF VERMONT

CHARITY R. CLARK
ATTORNEY GENERAL

*/s/ Laura B. Murphy*
Laura B. Murphy
Assistant Attorney General
109 State Street
Montpelier, VT 05609-1001
(802) 828-3186
laura.murphy@vermont.gov

Matthew F. Pawa
Benjamin A. Krass
MacKennan Graziano (*pro hac vice*)
Gillian Cowley (*pro hac vice*)
PAWA LAW GROUP, P.C.
1280 Centre Street, Suite 230
Newton Centre, MA 02459
(617) 641-9550
mp@pawalaw.com
bkrass@pawalaw.com
mgraziano@pawalaw.com
gcowley@pawalaw.com

Kyle J. McGee (*pro hac vice*)
Viola Vetter (*pro hac vice*)
GRANT & EISENHOFER P.A.
123 Justison Street

2

Wilmington, DE 19801
(302) 622-7000
kmcgee@gelaw.com
vvetter@gelaw.com

## <u>LOCAL RULE 7(a)(7) CERTIFICATE OF COMPLIANCE</u>

I certify that counsel for the State of Vermont conferred with counsel for 3M Company in a good faith attempt to obtain 3M Company's agreement to the requested relief.  3M Company did not consent.

Dated: May 4, 2026

Respectfully submitted,

STATE OF VERMONT

CHARITY R. CLARK
ATTORNEY GENERAL

*/s/ Laura B. Murphy*
Assistant Attorney General
109 State Street
Montpelier, VT 05609-1001
(802) 828-3186
laura.murphy@vermont.gov

4